Elliott Williams #481914
2661 Fm 2054 Coffield Unit
TENNESSEE Colony, TEXAS 75884

Dec. 28, 2014

CAthy S. LUSK, Clerk
12th Court of Appeals
1517 West Front Street
                    Suite 354
Tyler, TEXAS, 75702



FILED IN COURT OF APPEALS
12th Court of Appeals District
DEC 3 1 2014
TYLER TEXAS
CATHY S. LUSK, CLERK

RE: Cause Number: 12-14-00320-CV
       Trial court cause number: 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
    Styled: Elliott Williams
                 V.
        Texas Department of Criminal Justice.


DEAR ms. Lusk;

Enclosed Please find for filing Appellants motion for 10 (TEN) additional Days in which to file leave to proceed for new Trial or in the Alternative for Rehearing. and unsworn Declaration

By copy of this LETTER Head a copy of Each of the above was mailed to the Defendants Attorney of Record.
Hon: Gregory W. Abbott, Texas. Attorney General. 209 west 14th street. P.O. Box 12548 Austin Texas 78711-2548.


Sincerely  #481914
x ____Elliott Williams____

No. 12-14-00320-CV
12th Court of Appeals District
Tyler Texas.

Elliott Williams
    Appellant

VS.

Texas Department of
Criminal Justice
    Appellee

No. 12-14-00320-CV
Trial Court #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
Judicial District court
Anderson, County Texas.

---

Motion Requesting an Additional 10 Days (Ten) in which to file leave To proceed for New Trial or IN the Alternative for Rehearing

Comes Now Appellant in the above styled and numbered case, and files this his motion for an additional Ten Days in which to file leave to proceed for new Trial or in the Alternative for Rehearing. and would show the court the following:

Scheduling for Law Book Time has been disrupted because of the Holidays and appellant has had problems obtaining the necessary law for his motion so he request an additional 10 days in which to file such and promises the court that before or During that 10 day period, His motion will be filed and complete.

Unsworn Declaration

I Elliott Williams 481914 being presently Incarcerated at the coffield unit TDCJ-ID verify and declare under penalty of perjury that the foregoing is true and correct.

Executed on this 28 day of December 2014

#481914
Elliott Williams
Elliott Williams #481914
2661 Fm 2054 coffield unit
Texas Colony, TX 75884